ARNOLD KOVITZ, an Infant, by ROSE KOVITZ, His Guardian ad Litem, Respondent, v. NATIONAL ACCESSORIES STORES, INC., Appellant.— Defendant, National Accessories Stores, Inc., has appealed from a judgment, based on the verdict of a jury, in plaintiff's favor in the sum of $2,094.25 entered in the office of the clerk of the county of Albany on November 3, 1937. Defendant is the owner of a store in Albany in which it sells, among other things, bicycles, bicycle parts and accessories. On May 16, 1936 plaintiff, an infant, purchased a bicycle from defendant. On July 11, 1936, while the infant was riding the bicycle the shaft or spindle of the pedal broke and as a result plaintiff was injured. Through his guardian he brought an action against both defendants on the theory of a breach of warranty in the sale of the bicycle. On plaintiff's motion the action was discontinued as to defendant Homer P. Snyder Manufacturing Company, Inc. The jury rendered a verdict in favor of plaintiff and against the present defendant for the sum of $4,500. The trial judge set this verdict aside unless plaintiff should stipulate to accept $2,000, in which event the motion was denied. Plaintiff filed such a stipulation. In its brief defendant makes this concession, " we concede that the seller [defendant] knew by implication that the bicycle was to be used to ride upon." The evidence indicates that the defendant assembled the parts comprising the bicycle. There is evidence on which the jury was justified in making a finding that the bicycle was improperly assembled. The verdict is sustained by the evidence. Judgment affirmed, with costs. Hill, P. J., Crapser and Bliss, JJ., concur; Rhodes and Heffernan, JJ., dissent, and vote to reverse the order reducing the verdict from $4,500 to $2,000 and to reinstate the jury's verdict, and as thus modified, to affirm the judgment.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB Y. READ, Relator, Respondent, v. RICHARD J. LEWIS, Commissioner of Assessment and Taxation of the City of Albany, New York, and Others, Appellants. And Sixty-Six Other Proceedings.— This record involves sixty-seven separate orders, in that number of tax review proceedings. The Special Term has allowed ten dollars in each proceeding, that is, the aggregate sum of $670. The amount should be reduced in accordance with the decision. Orders modified by reducing the costs awarded to the sum of $200 in the aggregate, in addition to disbursements in entering orders, and as so modified affirmed, without costs to either party, but with printing disbursements to the city. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.